NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


GEORGE TRICE, DOC #103231,    )
    )
    Appellant,    )
    )
v.    )    Case No. 2D18-2501
    )
STATE OF FLORIDA,    )
    )
    Appellee.    )
_____)

Opinion filed February 6, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for Polk
County; Neil A. Roddenberry, Judge.


PER CURIAM.


Affirmed.


LaROSE, C.J., and NORTHCUTT and BADALAMENTI, JJ., Concur.